CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 8 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALFRED RAY STROUPE III,<br>Petitioner, | Civil Action No. 7:06-cv-00150 |
| v. | **FINAL ORDER** |
| LARRY W. JARVIS, WARDEN,<br>Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** as untimely, pursuant to 28 U.S.C. § 2244(d); and that this action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and to counsel of record for the respondent.

ENTER: This 8th day of May, 2006.

*James C. Turk*
Senior United States District Judge